**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-22761-JAD |
| | : | |
| Darnell M. Howell and | : | Chapter 13 |
| Melissa Howell, | : | |
| Debtors | : | |
| | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, certify under penalty of perjury that I served the *Order Dated November 6, 2017 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 3, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):


Dated November 7, 2017              Executed by:   <u>/s/ Lawrence W. Willis</u>
                                                   Lawrence W. Willis, Esquire
                                                   Willis & Associates
                                                   201 Penn Center Blvd
                                                   Pittsburgh, PA 15235
                                                   Tel: 412.825.5170
                                                   Fax: 412.823.2375

MATRIX

Porfolio Recovery Assocaites
120 Corporate Boulevard Suite 100
Norfolk, VA 23502

Darnell & Melissa Howell
2503 Grandview Avenue
McKeesport, PA 15132

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

AAS Debt Recovery
Po Box 129
Monroeville, PA 15146

Bank of America
PO Box 982235
El Paso, TX 79998

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130

Cavalry Portfolio Svcs
500 Summit Lake Dr
Valhalla, NY 10595

CITIZENS BANK
1 Citizens Dr
Riverside, RI 02915

Federal Loan Servicing/PHEAA
PO BOX 69184
Harrisburg, PA 17106

HSBC Bank
PO Box 9
Buffalo, NY 14240

Midland Credit MGMT
8875 Aero Dr Ste 200
San Diego, CA 92123

PENNSYLVANIA HOUSING FINAN
2101 N Front St
Harrisburg, PA 17110

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15265