**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DARNELL M HOWELL | Case No. 15-22761JAD |
| MELISSA HOWELL | |
|       Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
|       Movant | Document No __ |
| vs. | |
| COUNTY OF ALLEGHENY (R/E TAX)* | |
|       Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| COUNTY OF ALLEGHENY (R/E TAX)* | Court claim# 7/Trustee CID# 19 |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | |
| POB 200 | |
| BETHEL PARK, PA 15102 | |

The Movant further certifies that on 06/26/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) | |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| DARNELL M HOWELL, MELISSA HOWELL, 2503 GRANDVIEW AVE, MCKEESPORT, PA 15132 | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235 |
| ORIGINAL CREDITOR: | ORIGINAL CREDITOR'S COUNSEL: |
| COUNTY OF ALLEGHENY (R/E TAX)*, %JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102 | JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA 15219-6107 |
| NEW CREDITOR: | |