**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DARNELL M HOWELL<br>MELISSA HOWELL<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  DARNELL M HOWELL<br>MELISSA HOWELL<br><br>      Respondents | Case No.15-22761JAD<br><br>Chapter 13<br><br>Related to Document No. 93 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  10th  day of  August , 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Tmc Transportation
Attn: Payroll Manager
6115 Sw Leland Ave
Des Moines, IA 50321

is hereby ordered to immediately terminate the attachment of the wages of DARNELL M HOWELL, social security number XXX-XX-4654. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DARNELL M HOWELL.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
8/10/20 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-22761-JAD
Darnell M Howell                                                Chapter 13
Melissa Howell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Aug 10, 2020
                              Form ID: pdf900        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db/jdb       +Darnell M Howell,   Melissa Howell,   2503 Grandview Ave,   McKeesport, PA 15132-7829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Joint Debtor Melissa  Howell ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor Darnell M Howell ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Leon P. Haller    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```