**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DARNELL M HOWELL<br>　MELISSA HOWELL<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　DARNELL M HOWELL<br>　MELISSA HOWELL<br><br>　　　Respondents | Case No.15-22761JAD<br><br>Chapter 13<br><br>Related to<br>Document No. ___94___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___10th___ day of ___August___, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Quick Med Claim
> Attn: Payroll Manager
> 275 Lebanon Church Rd
> Pittsburgh, PA 15236

is hereby ordered to immediately terminate the attachment of the wages of MELISSA HOWELL, social security number XXX-XX-4762. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MELISSA HOWELL.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

FILED
8/10/20 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Darnell M Howell  
Melissa Howell  
    Debtors

Case No. 15-22761-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: bsil   Page 1 of 1   Date Rcvd: Aug 10, 2020  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.  
db/jdb      +Darnell M Howell,  Melissa Howell,  2503 Grandview Ave,  McKeesport, PA 15132-7829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2020 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al... andygornall@latouflawfirm.com  
        James Warmbrodt   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al... bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
        Lawrence W. Willis   on behalf of Joint Debtor Melissa  Howell ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
        Lawrence W. Willis   on behalf of Debtor Darnell M Howell ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
        Leon P. Haller   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        TOTAL: 10