Certificate Number: 05781-PAW-DE-034777774

Bankruptcy Case Number: 15-22761



05781-PAW-DE-034777774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 15, 2020</u>, at <u>4:04</u> o'clock <u>PM PDT</u>, <u>Melissa Rubero-howell</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 15, 2020</u>          By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>