# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number  15-22761-JAD |
| | : | |
| Darnell M. Howell and | : | Chapter 13 |
| Melissa Howell, | : | |
|     Debtors | : | |
| | : | |
| Darnell M. Howell and | : | |
| Melissa Howell, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
|     Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 17, 2020 at docket numbers 105 and 106, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.  The Debtor-Husband was excused from the course.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Dated: August 17, 2020                By:    /s/ Lawrence Willis
                                                                                        Lawrence W Willis, Esquire
                                                                                        PA I.D. # 85299
                                                                                        Willis & Associates
                                                                                        201 Penn Center Blvd
                                                                                        Pittsburgh, PA 15235
                                                                                        Tel: 412.235.1721
                                                                                        Fax: 412.542.1704
                                                                                        Email: lawrencew@urfreshstrt.com
                                                                                        Attorney for Debtors

**PAWB Local Form 24 (07/13)**