IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Darnell M Howell ) | Case No.: 15-22761JAD |
| Melissa Howell ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 5 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Cavalry SPV I, LLC as assignee of Bank ) | |
| of America/FIA Card Services, N.A. ) | |
|     Respondent(s) ) | |

<u>CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO. 5</u>

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on August 12, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than September 11, 2020.

<u>9/14/2020</u>                                             <u>/s/ Ronda J. Winnecour</u>

Date                                                    Ronda J. Winnecour (PA I.D. #30399)
                                                          Chapter 13 Trustee
                                                          U.S. Steel Tower – Suite 3250
                                                          600 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com