Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Darnell M Howell**
**Melissa Howell**
Debtor(s)

Bankruptcy Case No.: 15−22761−JAD

Chapter: 13
Docket No.: 115 − 114

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/6/21 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Darnell M Howell  
Melissa Howell  
    Debtor(s)

Case No. 15-22761-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 3  
Date Rcvd: Oct 28, 2020     Form ID: 408     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darnell M Howell, Melissa Howell, 2503 Grandview Ave, McKeesport, PA 15132-7829 |
| cr | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14085613 | + | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14085614 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14122173 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14341645 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14085618 | + | Federal Loan Servicing/PHEAA, PO BOX 69184, Harrisburg, PA 17106-9184 |
| 14085619 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 14085621 | + | PENNSYLVANIA HOUSING FINAN, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14110762 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14085622 | + | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14136864 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14146040 | + | U.S BANK NATIONAL ASSOCIATION, Pennsylvania Housing Finance Agency, Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |
| 14141273 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14085617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2020 02:37:00 | CITIZENS BANK, 1 Citizens Dr, Riverside, RI 02915 |
| 14085615 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:32 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14106110 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14085616 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2020 02:38:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Valhalla, NY 10595-2322 |
| 14110982 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2020 02:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14149300 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 29 2020 02:39:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14085620 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | Midland Credit MGMT, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14121472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:07:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14085623 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:34 | Porfolio Recovery Associaites, 120 Corporate |

| 14091764 | + Email/Text: bkyelectnotices@tgslc.org | Oct 29 2020 02:38:00 | Texas Guaranteed Student Loan Corp, Attn: Bankruptcy, PO BOX 83100, Round Rock TX 78683-3100 Boulevard Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | U.S BANK NATIONAL ASSOCIATION, Et Al... |
| jdb | *+ | Melissa Howell, 2503 Grandview Ave, McKeesport, PA 15132-7829 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

**Name**          **Email Address**

Andrew F Gornall
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... andygornall@latouflawfirm.com

Brian Nicholas
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com

Lawrence W. Willis
    on behalf of Debtor Darnell M Howell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Melissa Howell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Leon P. Haller
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 408 | Total Noticed: 25 |

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 10