**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DARNELL M HOWELL<br>MELISSA HOWELL<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-22761 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/31/2015  and confirmed on 11/19/15 .  The case was subsequently          Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,350.00 |
| Less Refunds to Debtor | 774.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,575.59 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 2,355.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,355.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 0.00 | 34,861.00 | 0.00 | 34,861.00 |
|     Acct: 0562 | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 5,352.05 | 5,352.05 | 0.00 | 5,352.05 |
|     Acct: 0562 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 634.64 | 634.64 | 425.26 | 1,059.90 |
|     Acct: D289 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 291.24 | 291.24 | 0.00 | 291.24 |
|     Acct: D289 | | | | |
| | | | | 41,564.19 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DARNELL M HOWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DARNELL M HOWELL | 774.41 | 774.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,014.93 | 28.37 | 0.00 | 28.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8235 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 10,556.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5879 | | | | |
| TEXAS GUARANTEED STUDENT LOAN C( | 12,304.18 | 343.90 | 0.00 | 343.90 |
| Acct: 4762 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 812.35 | 22.71 | 0.00 | 22.71 |
| Acct: 3876 | | | | |
| ECMC(*) | 4,592.33 | 128.36 | 0.00 | 128.36 |
| Acct: 4762 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 208.21 | 5.82 | 0.00 | 5.82 |
| Acct: 4110 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUIT | 1,160.45 | 32.43 | 0.00 | 32.43 |
| Acct: 3453 | | | | |
| US DEPARTMENT OF EDUCATION | 62,166.52 | 1,737.55 | 0.00 | 1,737.55 |
| Acct: 4762 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,688.08 | 47.18 | 0.00 | 47.18 |
| Acct: 4654 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EQUITABLE GAS - NOW PEOPLES NATUF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| | | | | 2,346.32 |
| TOTAL PAID TO CREDITORS | | | | 44,220.51 |

TOTAL CLAIMED
PRIORITY            310.00
SECURED          6,277.93
UNSECURED      94,503.05

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DARNELL M HOWELL
    MELISSA HOWELL
        Debtor(s)

Ronda J. Winnecour
        Movant
   vs.
No Repondents.

Case No.:15-22761 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                       BY THE COURT:

                                                       U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Darnell M Howell  
Melissa Howell  
    Debtor(s)

Case No. 15-22761-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jfur      Page 1 of 3  
Date Rcvd: Oct 28, 2020      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darnell M Howell, Melissa Howell, 2503 Grandview Ave, McKeesport, PA 15132-7829 |
| cr | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14085613 | + | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14085614 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14122173 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14341645 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14085618 | + | Federal Loan Servicing/PHEAA, PO BOX 69184, Harrisburg, PA 17106-9184 |
| 14085619 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 14085621 | + | PENNSYLVANIA HOUSING FINAN, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14110762 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14085622 | + | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14136864 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14146040 | + | U.S BANK NATIONAL ASSOCIATION, Pennsylvania Housing Finance Agency, Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |
| 14141273 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14085617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2020 02:37:00 | CITIZENS BANK, 1 Citizens Dr, Riverside, RI 02915 |
| 14085615 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:06:54 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14106110 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14085616 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2020 02:38:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Valhalla, NY 10595-2322 |
| 14110982 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2020 02:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14149300 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 29 2020 02:39:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14085620 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | Midland Credit MGMT, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14121472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:06:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14085623 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:07:46 | Porfolio Recovery Associates, 120 Corporate |

Case 15-22761-JAD    Doc 117    Filed 10/30/20    Entered 10/31/20 00:39:06    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 25 |

| 14091764 | + | Email/Text: bkyelectnotices@tgslc.org<br>Oct 29 2020 02:39:00 | Boulevard Suite 100, Norfolk, VA 23502-4952<br>Texas Guaranteed Student Loan Corp, Attn: Bankruptcy, PO BOX 83100, Round Rock TX 78683-3100 |
|---|---|---|---|

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | U.S BANK NATIONAL ASSOCIATION, Et Al... |
| jdb | *+ | Melissa Howell, 2503 Grandview Ave, McKeesport, PA 15132-7829 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION Et Al... bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com cnoroski@grblaw.com |
| Lawrence W. Willis | on behalf of Debtor Darnell M Howell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Melissa Howell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Leon P. Haller | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 3 of 3 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 25 |

                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com
                Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 10