| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Darnell M Howell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4654 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Melissa Howell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4762 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–22761–JAD** | | |

# Order of Discharge                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darnell M Howell                                      Melissa Howell

12/29/20                                              **By the court:**   Jeffery A. Deller
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22761-JAD |
| Darnell M Howell | Chapter 13 |
| Melissa Howell | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darnell M Howell, Melissa Howell, 2503 Grandview Ave, McKeesport, PA 15132-7829 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14085613 | + | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14122173 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14085618 | + | Federal Loan Servicing/PHEAA, PO BOX 69184, Harrisburg, PA 17106-9184 |
| 14085621 | + | PENNSYLVANIA HOUSING FINAN, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14110762 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14136864 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14146040 | + | U.S BANK NATIONAL ASSOCIATION, Pennsylvania Housing Finance Agency, Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |
| 14141273 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: ECMC.COM | Dec 30 2020 05:43:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14085614 | | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14085617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 30 2020 01:59:00 | CITIZENS BANK, 1 Citizens Dr, Riverside, RI 02915 |
| 14085615 | + | EDI: CAPITALONE.COM | Dec 30 2020 05:43:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14106110 | | EDI: CAPITALONE.COM | Dec 30 2020 05:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14085616 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2020 02:00:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Valhalla, NY 10595-2322 |

Case 15-22761-JAD    Doc 121    Filed 12/31/20    Entered 01/01/21 00:38:26    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14110982 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2020 02:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14149300 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2020 02:00:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14341645 | | EDI: ECMC.COM | Dec 30 2020 05:43:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14085619 | + | EDI: HFC.COM | Dec 30 2020 05:43:00 | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 14085620 | + | EDI: MID8.COM | Dec 30 2020 05:43:00 | Midland Credit MGMT, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14085622 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14121472 | | EDI: PRA.COM | Dec 30 2020 05:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14085623 | + | EDI: PRA.COM | Dec 30 2020 05:43:00 | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14091764 | + | Email/Text: bkyelectnotices@tgslc.org | Dec 30 2020 02:00:00 | Texas Guaranteed Student Loan Corp, Attn: Bankruptcy, PO BOX 83100, Round Rock TX 78683-3100 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | U.S BANK NATIONAL ASSOCIATION, Et Al... |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION Et Al... bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 3 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 27 |

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com

Lawrence W. Willis
    on behalf of Debtor Darnell M Howell ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Melissa Howell ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Leon P. Haller
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... lhaller@pkh.com,
    dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10