**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/29/20 5:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   DARNELL M HOWELL
   MELISSA HOWELL
       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-22761-JAD

Chapter 13

Related To Doc. 114

**ORDER OF COURT**

AND NOW, this <u>29th</u> day of <u>December</u>, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 15-22761-JAD

Darnell M Howell                                                                        Chapter 13

Melissa Howell

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darnell M Howell, Melissa Howell, 2503 Grandview Ave, McKeesport, PA 15132-7829 |
| cr | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14085613 | + | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14085614 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14122173 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14341645 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14085618 | + | Federal Loan Servicing/PHEAA, PO BOX 69184, Harrisburg, PA 17106-9184 |
| 14085619 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 14085621 | + | PENNSYLVANIA HOUSING FINAN, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14110762 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14136864 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14146040 | + | U.S BANK NATIONAL ASSOCIATION, Pennsylvania Housing Finance Agency, Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |
| 14141273 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14085617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 30 2020 01:59:00 | CITIZENS BANK, 1 Citizens Dr, Riverside, RI 02915 |
| 14085615 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:29:49 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14106110 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:24:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14085616 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2020 02:00:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Valhalla, NY 10595-2322 |
| 14110982 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2020 02:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14149300 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2020 02:00:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14085620 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2020 02:00:00 | Midland Credit MGMT, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14085622 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14121472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:24:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

District/off: 0315-2 | User: bsil | Page 2 of 3
Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 25

| | | | |
|---|---|---|---|
| 14085623 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:36:19 | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14091764 | + Email/Text: bkyelectnotices@tgslc.org | Dec 30 2020 02:00:00 | Texas Guaranteed Student Loan Corp, Attn: Bankruptcy, PO BOX 83100, Round Rock TX 78683-3100 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | U.S BANK NATIONAL ASSOCIATION, Et Al... |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com |
| Lawrence W. Willis | on behalf of Debtor Darnell M Howell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Melissa Howell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Leon P. Haller | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION  Et Al... lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |

District/off: 0315-2                                                User: bsil                                                    Page 3 of 3
Date Rcvd: Dec 29, 2020                                      Form ID: pdf900                                    Total Noticed: 25

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10